COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 37 EM 2013.

Supreme Court of Pennsylvania.

May 3, 2013.

### ORDER

PER CURIAM.

**AND NOW,** this 3rd day of May, 2013, the Application for Leave to File Original

Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

Carole L. SCHEIB, Petitioner

v.

KEYSTONE RESIDENTIAL PROP-ERTIES, LLC, and Michael Bernick, Respondents.

Supreme Court of Pennsylvania.

May 8, 2013.

### ORDER

PER CURIAM.

**AND NOW,** this 8th day of May, 2013, the Motions for Leave to File Addendum, the Motion for Leave to Open/Vacate Default Judge and the Petition for Allowance of Appeal are hereby **DENIED.**